No. 76–6211. BUCK *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.

No. 76–839. FOLEY *v.* CONNELIE, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.

No. 76–864. CITY OF LAFAYETTE, LOUISIANA, ET AL. *v.* LOUISIANA POWER & LIGHT CO. C. A. 5th Cir. Certiorari granted.

No. 76–944. NIXON *v.* WARNER COMMUNICATIONS, INC., ET AL. C. A. D. C. Cir. Certiorari granted.

No. 76–1095. COMMISSIONER OF INTERNAL REVENUE *v.* KOWALSKI ET UX. C. A. 3d Cir. Certiorari granted.

No. 76–653. ALLIED-GENERAL NUCLEAR SERVICES ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.;

No. 76–762. COMMONWEALTH EDISON CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.;

No. 76–769. WESTINGHOUSE ELECTRIC CORP. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 76–774. BALTIMORE GAS & ELECTRIC CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one and one-half hours allotted for oral argument. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 539 F. 2d 824.